UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BARRY LARON DOOLITTLE,

    Petitioner,

v.                                                       Case No. 2:09-cv-171
                                                        HON. R. ALLAN EDGAR

BARRY DAVIS,

    Respondent.
_____/

**MEMORANDUM AND ORDER**

    Petitioner Barry Laron Doolittle, a Michigan state prisoner in the custody of the Michigan Department of Corrections, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. Magistrate Judge Timothy P. Greeley has submitted his report and recommendation. [Court Doc. No. 15]. It is recommended that the habeas petition be denied and dismissed with prejudice, and that a certificate of appealablity be denied under 28 U.S.C. § 2253(c)(2).

    Petitioner Doolittle filed objections to the report and recommendation. After reviewing the record *de novo*, the Court has determined that the objections [Court Doc. No. 17] lack merit and are **DENIED**. The Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.3(b). The Court concludes that the habeas petition brought under 28 U.S.C. § 2254 is entirely without merit. Petitioner Doolittle has not met his burden of showing that he is entitled to any habeas relief under 28 U.S.C. § 2254. The habeas petition shall be **DENIED and DISMISSED WITH PREJUDICE**.

1

If petitioner Doolittle files a notice of appeal, it will be treated as an application for a certificate of appealability which shall be **DENIED** pursuant to 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b)(1); and *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), for the same reasons expressed in the report and recommendation. Petitioner Doolittle has not made a substantial showing of the denial of a federal constitutional right. Reasonable jurists could not find that dismissal of the habeas petition is debatable or erroneous.

A separate judgment will enter.

SO ORDERED.

Dated: October 3, 2011.

                                         /s/   R. Allan Edgar
                                         R. ALLAN EDGAR
                                         UNITED STATES DISTRICT JUDGE